COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Harris County Self-Insured v. Levent Dogan

Appellate case number:  01-19-01006-CV

Trial court case number:  2017-14504

Trial court:           189th District Court of Harris County

The motion for rehearing filed by appellee Levent Dogan on September 16, 2021 is **denied**.

It is so ORDERED.


Judge's signature: _____/s/ Peter Kelly_____
☐ Acting individually   ☑ Acting for the Court


Panel consists of Justices Kelly, Landau, and Hightower.

Date:  __October 7, 2021____